UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
IN DEFENSE OF ANIMALS, *et al.*,        )
                                        )
          Plaintiffs,                   )
                                        )
     v.                                 )          Civil Action No. 09-2222 (PLF)
                                        )
KEN SALAZAR, *et al.*,                  )
                                        )
          Defendants.                   )
_____)

ORDER

For the reasons set forth in the Opinion issued this same day, it is

hereby

ORDERED that the plaintiffs' motion for a preliminary injunction [3] is

DENIED.

SO ORDERED.


                                   /s/_____
                                   PAUL L. FRIEDMAN
                                   United States District Judge
DATE:  December 23, 2009